IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

AUG 15 2019

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–60–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ZACHARY MADISON RUBLE, | |
| Defendant. | |

Before the Court is the Motion of the United States for Issuance of a

Preliminary Order of Forfeiture. (Doc. 16.) Upon review of the motion, the Court

FINDS:

That in the indictment in the above case, the United States sought forfeiture

of any property of the above-captioned person, pursuant to 21 U.S.C.

§ 853, as property used or intended to be used to facilitate the violations alleged in

the indictment, or as proceeds of said violations;

That on May 9, 2019, the defendant entered a plea of guilty to the

information, which charged him with conspiracy to commit wire fraud in violation

of 18 U.S.C. § 1349;

1

That the indictment contained a forfeiture allegation that stated that as a result of the offenses charged in the indictment, the defendant shall forfeit the following property:

- 2016 Thor Vegas RV, Vin # 1FC4E4KS7GDC38214; and

- A Rolex Oyster Perpetual Watch, Model # 178274, Serial Number 9Y656174.

And that by virtue of said guilty pleas, the United States is now entitled to possession of the property, pursuant to 21 U.S.C. § 841(a)(1), 21 U.S.C. § 853, and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

Accordingly, IT IS ORDERED:

1. That based upon the plea of guilty by the defendant to the information the United States is authorized and ordered to seize the property described above. This property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of to 21 U.S.C.

§ 853(n)(1).

2. That the aforementioned forfeited property is to be held by the United States in its secure custody and control.

3. That, pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish at least once for three successive weeks in a suitable means of general circulation notice of this order, notice of the United States' intent to dispose of the

2

property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practical, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the preliminary order of forfeiture, as a substitute for published notice as to those persons so notified.

4. That upon adjudication of all third-party interests, this Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 15th day of August, 2019.

Dana L. Christensen, Chief District Judge
United States District Court